**EXHIBIT "B"**



*P: (267) 339-0520  *F: (215) 324-4605

November 3, 2015

Re: Fuller #619930
Child Name: Aniyah Fuller    D.O.B. 1/24/2009

To Whom It May Concern:

The above-referenced child or youth is a dependent foster child placed at NET by the Department of Human Services, Philadelphia County. This child or youth resides in the home **Elvira Cruz at 3522 Malta Street Philadelphia, PA 19134**. This foster parent has physical custody of the above referenced child.

If you require additional information about the above-referenced child or youth or about the foster parent, please call one of the following numbers:

- (267) 339-0520 (between the hours of 9:00 a.m. and 5:00 p.m., Monday through Friday)
- (267) 351-9416 (between 5:00 p.m. and 9:00 a.m., Monday through Friday; weekends; holidays)

Sincerely,

*Amanda Fernandez*

Amanda Fernandez
CUA Case Manager
NorthEast Treatment Centers
4404 North 5th St.
Philadelphia, PA 19140
267-339-0628 Ofc
215.768.6573 cell

cc: Client Record
    Foster Parent Record

NET is a Community Umbrella Agency (CUA) in partnership with the City of Philadelphia, Department of Human Services. If you have a question about DHS and its operations, call the Commissioners Action Response Office at (215) 683-4DHS(4347) or visit their website at www.dhs.phila.gov and click the "suggestions" link.

Template/CUA: Physical Custody