# EXHIBIT "C"

DUPLICATE

Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE130822
Cashier ID: gwilliam
Transaction Date: 11/17/2015
Payer Name: JOSE TIRADO
--------------------------------
CRIMINAL DEBT
 For: JOSE TIRADO
 Case/Party: D-PAE-2-13-CR-000008-001
 Amount:      $5,000.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: J TIRADO
 Check/Money Order Num: 1095
 Amt Tendered:  $5,000.00
--------------------------------
Total Due:       $5,000.00
Total Tendered:  $5,000.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.


DUPLICATE

Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE130823
Cashier ID: gwilliam
Transaction Date: 11/17/2015
Payer Name: JOSE TIRADO
--------------------------------
CRIMINAL DEBT
 For: JOSE TIRADO
 Case/Party: D-PAE-2-13-CR-000008-001
 Amount:      $17,000.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: J TIRADO
 Check/Money Order Num: 1094
 Amt Tendered:  $17,000.00
--------------------------------
Total Due:       $17,000.00
Total Tendered:  $17,000.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.


DUPLICATE

Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE135674
Cashier ID: gwilliam
Transaction Date: 02/19/2016
Payer Name: JOSE TIRADO
--------------------------------
CRIMINAL DEBT
 For: JOSE TIRADO
 Case/Party: D-PAE-2-13-CR-000008-001
 Amount:      $20,000.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: JOSE TIRADO
 Check/Money Order Num: 1150
 Amt Tendered:  $10,000.00
PAPER CHECK CONVERSION
 Remitter: JOSE TIRADO
 Check/Money Order Num: 1149
 Amt Tendered:  $10,000.00
--------------------------------
Total Due:       $20,000.00
Total Tendered:  $20,000.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.